# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2009

137809

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 137809
COA: 285449
Saginaw CC: 04-024233-FC

JEREMY DESHON FEAGIN,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 16, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2009

Clerk

s0420